LAW OFFICES OF P. RANDALL NOAH
P. RANDALL NOAH (SBN 136452)
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542
pnoah@ix.netcom.com

Attorneys for Plaintiff
DEBORA CHAFFIN

JORDAN S. ALTURA (SBN: 209431)
MARGIE R. LARIVIERE (SBN: 172975)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
jaltura@gordonrees.com
mlariviere@gordonrees.com

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA CHAFFIN, <br><br> Plaintiff, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C13-3934 MEJ <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** <br><br> Magistrate Judge Maria-Elena James |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Debora Chaffin and defendant Aetna Life Insurance Company through their respective attorneys of record herein, that this entire action shall be dismissed with prejudice pursuant to Rule 41(as)(1) of the Federal Rules of Civil Procedure, and each party shall bear her or its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Respectfully submitted

Dated: February 6, 2014          LAW OFFICES OF P. RANDALL NOAH

By: /s/ P. Randall Noah
P. Randall Noah
Attorneys for Plaintiff
DEBORA CHAFFIN

Dated: February 6, 2014          GORDON & REES LLP

By:  /s/ Margie Lariviere
Margie R. Lariviere
Jordan S. Altura
Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

**ORDER**

Based on the parties' stipulation, it is hereby ordered that this entire action is dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.

Dated: February 7, 2014

Magistrate Judge Maria Elena James
UNITED STATES MAGISTRATE JUDGE